MARY ANN EBERLE, PLAINTIFF-RESPONDENT, v. JOSEPH SOMONEK, DEFENDANT-PETITIONER.

See same case below: 27 *N. J. Super.* 279.

*Messrs. Strong & Strong* for the petitioner.

*Messrs. Burton & Seidman* for the respondent.

January 18, 1954.   Denied.

MECHANICAL DEVICES COMPANY, INC., PLAINTIFF-RE-SPONDENT, v. GENERAL BUILDERS, INC., DEFEND-ANT-PETITIONER.

See same case below: 27 *N. J. Super.* 501.

*Messrs. Perlman & Lerner* for the petitioner.

*Mr. Leon L. Levy* for the respondent.

January 25, 1954.   Granted.